JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Anthony D. Natty,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Administrator of Thrift Saving Plans And or Legal Department (DOES),<br><br>　　　　Defendant. | No. CV 22-08926 CAS (MARx)<br><br>**JUDGMENT**<br><br>Honorable Christina A. Snyder<br>United States District Judge |

　　　In accordance with the Court's Order granting summary judgment in favor of Defendant Administrator of Thrift Savings Plans And or Legal Department (DOES) ("Defendants"), the Court has resolved all of the claims pending in this action.

　　　1. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment shall be entered in favor of Defendants on all claims asserted by Plaintiff Anthony D. Natty ("Plaintiff").

///
///
///
///

1

2. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall take nothing and Defendants shall have their costs of suit.

Dated: June 6, 2023

*Christina A. Snyder*

Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

　/s/
JENNIFER R. JACOBS
Assistant United States Attorney

Attorneys for Defendant